Clifford Alvin ZUMWALT

v.

The STATE of Oklahoma.

No. A–13465.

Court of Criminal Appeals of Oklahoma.

Jan. 27, 1965.

Clifford Alvin Zumwalt, pro se.

Charles Nesbitt, Atty. Gen., for defendant in error.

PER CURIAM.

This cause was heard on the 13th day of May, 1964, and submitted on the transcript and arguments of counsel, and the court being fully advised in the premises is of the opinion that there being no error of law sufficient to justify reversal, the judgment and sentence appealed from should be, and the same is affirmed.